**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittany Pownall and Shaun W. Wiles, Defendants,

Of whom Shaun W. Wiles is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000298

———————

Appeal From Lexington County
Robert E. Newton, Family Court Judge,

———————

Unpublished Opinion No. 2024-UP-299
Submitted August 21, 2024 – Filed August 29, 2024

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

Lyn Howell Hensel, of Law Office of Lyn Howell Hensel, of Columbia, as Guardian ad Litem for Appellant.

Luke Taylor Moore, of South Carolina Department of Social Services, of Lexington, for Respondent.

Thomas M. Neal, III, of Law Offices of Thomas M. Neal, III, of Columbia, for the Guardian ad Litem for the minor child.

_____

**PER CURIAM:** Shaun W. Wiles appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.